UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS MANUEL PAYAN-DURAN,

       Defendant.
_____/

Case No. 1:09:CR:272

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 13, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jesus Manuel Payan-Duran's plea of guilty to Count One of the Indictment is accepted. Defendant Jesus Manuel Payan-Duran is adjudicated guilty.

3. Defendant Jesus Manuel Payan-Duran shall be detained pending sentencing.

Dated: December 8, 2009

                                   /s/ Gordon J. Quist
                                  GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE